# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **O.B.**, by and through his parents GARLAND BURT and JULIE BURT; **C.F.**, by and through his mother, KRISTEN FISHER; **J.M.** and **S.M.**, by and through their parents, and DAN MCCULLOUGH and MICHELE MCCULLOUGH, individually and on behalf of a class,<br><br>                Plaintiffs,<br>v.<br><br>**THERESA A. EAGLESON**, in her official capacity as Director of the Illinois Department of Healthcare and Family Services,<br><br>                Defendant. | No. 15-CV-10463<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Jeffrey Cummings |

## AGREED MOTION FOR THE ENTRY OF JUDGMENT ORDER

Pursuant to the Consent Decree approved by this Court on November 14, 2019 (Dkt. # 182), Plaintiffs and Defendants respectfully move this Court to enter a Judgment Order for the payment of reasonable attorneys' fees and costs incurred by Class Counsel, all in accordance with the express terms of the Decree.

Pursuant to paragraph 28 of the Consent Decree, the Defendant shall pay to Class Counsel the sum of $650,000 in the manner set forth in written instructions provided by Class Counsel and agreed to by the Parties. The payment of $650,000 shall be set forth in a Judgment Order to be entered by the Court.

Upon the filing of this Agreed Motion for the Entry of Judgment Order, Class Counsel will email to this Court a proposed Judgment Order.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court enter the proposed Judgment Order providing for payment of attorneys' fees and costs in the total amount

of $650,000 (as more fully set forth in the proposed Judgment Order), reflecting the agreed upon distribution by the parties.

Dated: December 17, 2019							Respectfully submitted,

**For Plaintiffs**							**For Defendant**

By: /s/Thomas Yates							By: /s/ R. Douglas Rees

Robert H. Farley, Jr.							R. Douglas Rees
Robert H. Farley, Jr. Ltd.						Office of the Attorney General of the State of Illinois
1155 S. Washington St., Suite 201					100 West Randolph Street, 12th Floor
Naperville, IL 60540							Chicago, Illinois  60601

Caroline Chapman
Thomas Yates
Legal Council for Health Justice
17 N. State, Suite 900
Chicago, IL 60602
312-427-8990

Jane Perkins
Sarah Somers
National Health Law Program
200 North Greensboro Street
Suite D-13
Carrboro, NC 27510
919-968-6308

## **CERTIFICATE OF SERVICE**

      I, Thomas Yates, one of the Attorneys for the Plaintiffs', deposes and states that he caused the foregoing Agreed Motion for Entry of Judgment Order to be served by electronically filing said document with the Clerk of the Court using the CM/ECF system, this the 17th day of December, 2019.

                                            /s/ Thomas Yates